BARRY COUNTY, Respondent, *vs.* ATLANTIC & PACIFIC R. R. Co., Appellant.

1. Judgment reversed. See South Pacific R. R., Co. v. Laclede Co., *ante* p. 147.

*Appeal from Barry Circuit Court.*

*Litton & Harding*, for Appellant.

*N. H. Dale & Jos. S. Cravens*, for Respondent.

NAPTON, Judge, delivered the opinion of the court.

This case depends on the same question decided in the Laclede County case, and the same order will be entered.

Judgment reversed; the other judges concur.

————o————

LAWRENCE COUNTY, Respondent, *vs.* THE ATLANTIC & PACIFIC R. R. Co., Appellant.

1. Judgment reversed. See South Pac. R. R. v. Laclede Co., *ante* p. 147.

*Appeal from Lawrence Circuit Court.*

*Baker & Litton*, for Appellant.

*Henry Brumback*, for Respondent.

NAPTON, Judge, delivered the opinion of the court.

This case involves the same question determined in the Laclede County case, and the same order must be entered for a reversal.

Judgment reversed; the other judges concur.